# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12 CV 367

| | |
|---|---|
| CHRISTOPHER MARK OWENS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Thomas A. Killoren, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Amanda Helms Craven. It appearing that Amanda Helms Craven is a member in good standing with the South Carolina State Bar and will be appearing with Thomas A. Killoren, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Thomas A. Killoren, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#3) of Amanda Helms Craven is **GRANTED**, and that Amanda Helms Craven is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Thomas A. Killoren, Jr.

Signed: November 27, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge